IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JENNIFER ANDERSEN,

    Plaintiff,

v.

    Civil Action No. 3:11-cv-250-JAG

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,

    Defendant.

## FINAL ORDER

THIS MATTER is before the Court on the plaintiff Jennifer Andersen's Objections (Dk. No. 13) to the Magistrate Judge's Report and Recommendations. (Dk. No. 12.) For the reasons stated in the accompanying Memorandum Opinion, this Court ADOPTS the Report and Recommendations of the Magistrate Judge and OVERRULES Andersen's objections. Accordingly, Andersen's motion for summary judgment and motion to remand will be DENIED, the Commissioner's motion for summary judgment will be GRANTED, and the Commissioner's decision denying benefits to Andersen is AFFIRMED.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

Date: September 27, 2012
Richmond, VA

/s/ 
John A. Gibney, Jr.
United States District Judge